ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | |
|---|---|
| HOMERO GUERRERO | § |
| | § |
| VS | § C.A. NO. B-06-187 |
| | § (Cr. No. B-05-1053) |
| UNITED STATES OF AMERICA | § |

## O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **March 22, 2007**.

DONE at Brownsville, Texas, this 23rd day of January 2007.

_____
Felix Recio
United States Magistrate Judge